PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    )<br>                                                                    )<br>                     vs.                              )     **Docket Number: 2:03CR00464-01**<br>                                                                    )<br>**Constance HUMPHREY**                  )<br>                                                                    ) | |

On July 16, 2004, the above named was sentenced to 13 months custody of the Bureau of Prisons with a five-year term of supervised release to follow.   Supervision commenced on August 5, 2004.  Ms. Humphrey has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

                                                    Respectfully submitted,

                                                      /s/ Sandra K. Dash

                                                **SANDRA K. DASH**
                                                **United States Probation Officer**

Dated:         September 8, 2008
                     Modesto, California
                     SKD:lr

**REVIEWED BY:**      Deborah A. Spencer
                                **DEBORAH A. SPENCER**
                                **Supervising United States Probation Officer**

**Re:   Constance HUMPHREY**
      **Docket Number:   2:03CR00464-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

Dated:  September 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

SKD:lr
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office